| | | |
|---|---|---|
| **SENTENCING MINUTES** | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF GEORGIA**<br>**SAVANNAH DIVISION** | **JUDGE:** R. STAN BAKER<br>**DATE:** 05-07-2019 |

**CRIMINAL CASE NO. CR 4:18-cr-236**
**UNITED STATES OF AMERICA VS. Frenchy Hilliard**

COURTROOM DEPUTY   Pam Hammock         COURT REPORTER   Kelly Dorsey

**ATTORNEY(S) FOR THE GOVERNMENT:**           **ATTORNEY(S) FOR THE DEFENDANT:**

Greg Gilluly, AUSA                          Amit Navare, appointed

U.S. PROBATION OFFICER:                     DEFENDANT SENTENCED ON COUNT(S)

Scot Riggs                                  One (1) of the Indictment

[X] Presentence Report Reviewed In Full     Custody   188   Months B.O.P.
[X] Objections to Factual Basis             Probation _____
[X] Objections To Guidelines Calculations   Supervised Release   5   Years
[X] Probation Officer Testifies             Special Conditions   as Ordered by the Court
[ ] Changes Ordered in Factual Basis/Calculations   Fine $   none
[X] No Changes Ordered                      Restitution $   none
[X] Findings Of The Court                   Special Assessment $   100
[ ] Factual Witnesses Testify               To Be Paid   immediately
[X] Statements Of Counsel                   Community Service _____
[X] Statements By Defendant                 Facility Recommended   FCI Estill or FCI Jesup
[X] Sentence Pronounced                     Defendant Remanded To The USM   - Y

**OTHER DIRECTIVES OF THE COURT**          Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment   To USM [X]   To Facility [ ]
[ ] Transcribe Statement of Reasons         Nolle Prosse Count(s) _____
[X] Appeal Rights of Defendant Explained    Plea Agreement Accepted and Ratified   - Y
[ ] Appellate Disclosure Forms Provided     Departure From Guidelines   - N
[X] Notice of Counsel's Post-Conviction Obligations Provided   Upward _____   Downward   - N

U.S. Deputy Marshal   M. Wilcox             Time   10:15   to   11:15   Total   01:00

Court Security Officer   H. Gunnells